Ann-Martha Andrews, SBN 012616
Kristina N. Holmstrom, SBN 023384
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602.778.3700
Fax:  602.778.3750
Ann.Andrews@ogletree.com
Kristina.Holmstrom@ogletree.com

*Attorneys for Defendant Standard Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jill Koskinen,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Standard Insurance Company, an Oregon corporation; Albertson's LLC, a Delaware limited liability company<br><br>　　　　Defendants. | No. 4:19-cv-00510-BGM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Jill Koskinen and defendants Standard Insurance Company and Albertson's LLC hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

///
///
///
///
///
///
///
///
///

RESPECTFULLY SUBMITTED this 9th day of January 2020.

| | |
|---|---|
| LAW OFFICE OF PATRICK MAUSE, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By:  /s/ Patrick W. Mause (with permission) | By:  /s/Ann-Martha Andrews |
|       Patrick W. Mause |       Ann-Martha Andrews |
|       290 n. Meyer Avenue |       Kristina N. Holmstrom |
|       Tucson, AZ 85701 |       2415 East Camelback Road, Suite 800 |
|       Tel.: 520.342.0000 |       Phoenix, Arizona 85016 |
|       Fax: 520.342.0001 |       Tel.:  602.778.3700 |
|       Patrick.@PMauseLaw.com |       Fax:  602.778.3750 |
| | ann.andrews@ogletree.com |
| | kristina.holmstrom@ogletree.com |
| *Attorneys for Plaintiff Jill Koskinen* | *Attorneys for Defendant Standard Insurance Company* |

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:  /s/ Stephen M. Bressler (with permission)
      Stephen M. Bressler
      201 East Washington Street, #1200
      Phoenix, Arizona 85004
      Tel.: 602.262.5376
      Fax: 602.734.3742
      SBressler@lrrc.com

*Attorneys for Defendant Albertson's LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patrick W. Mause
Law Office of Patrick Mause, PLLC
290 n. Meyer Avenue
Tucson, AZ 85701
*Attorneys for Plaintiffs*

Stephen M. Bressler
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
*Attorneys for Defendant Albertson's LLC*

/s/ Susan Stimson
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

41368868.1