# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jill Koskinen, | No. CV-19-00510-TUC-BGM |
| Plaintiff, | |
| v. | **ORDER** |
| Standard Insurance Company, an Oregon corporation; and Albertson's LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to stipulation by the parties, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. **The Clerk of the Court shall terminate any pending motions or stipulations and close its file in this matter.**

Dated this 17th day of January, 2020.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge